JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EUGENIO VILLAREAL,** <br> Plaintiff, <br> v. <br> SCOTT KERNAN, KATHLEEN ALLISON, K. SOSA, and DOES 1-3, <br> Defendants. | No. LA CV 17-06049-VBF-SK <br> **FINAL JUDGMENT** |

**Final judgment is hereby entered in favor of all defendants and against plaintiff Eugenio Villareal.** IT IS SO ADJUDGED.

Dated: March 6, 2018

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge